[Nos. 45959-1-II; 46848-4-II.   Division Two.   September 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CONLAN JADEN SHAW, *Appellant*.

*In the Matter of the Personal Restraint of* CONLAN JADEN SHAW, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-8-00892-8, Kitty-Ann van Doorninck, J., entered February 26, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46069-6-II.   Division Two.   September 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KATRINA MARIE BOWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00896-8, Richard L. Brosey, J., entered April 3, 2014. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 46233-8-II.   Division Two.   September 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JOHN BESSEY, *Appellant*.

